# United States District Court
# Central District of California

JS-6



Gregory Silveira,

        Movant,

v.

United States of America,

        Respondent.

EDCV 17-02039-VAP
EDCR 15-0036-VAP

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order Denying Petitioner's § 2255 Motion and Request for Certificate of Appealability filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Movant's claims against Respondent are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   10/10/18

                                        Virginia A. Phillips
                                Chief United States District Judge